IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORTH CYPRESS MEDICAL CENTER OPERATING CO., LTD. AND NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP, LLC. § § § § § § Plaintiffs, § § v. § § CIGNA HEALTHCARE AND § CONNECTICUT GENERAL LIFE § INSURANCE COMPANY § § Defendants. § | CIVIL ACTION NO. 4:09-CV-02556 |

## FINAL JUDGMENT

On March 2, 2011, this Court issued a Memorandum and Order (Docket No. 100) granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

On November 3, 2011, this Court issued a Memorandum and Order (Docket No. 214) granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

On June 25, 2012, this Court issued a Memorandum and Order (Docket No. 318) granting in part Defendants' Motion for Partial Summary Judgment and denying in part Plaintiffs' Motion for Partial Summary Judgment.

On July 25, 2012, this Court issued a Memorandum and Order (Docket No. 326) granting Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims and denying in part Defendants' Motion for Partial Summary Judgment.

On August 10, 2012, this Court issued a Memorandum and Order (Docket No. 331) granting in part Defendants' Motion for Partial Summary Judgment, disposing of all remaining claims and causes of action in this case.

For the reasons stated in the above-referenced Memoranda and Orders, **IT IS ORDERED** as follows:

1. Plaintiffs' claims against Defendants are dismissed with prejudice.
2. Defendants' counterclaims against Plaintiffs are dismissed with prejudice.
3. Each party shall bear its own costs, expenses and attorneys' fees.

This is a **FINAL JUDGMENT**. It disposes of all claims and all parties, and it is appealable. All other relief not expressly granted in this judgment is **DENIED**.

December 12, 2012
Date

Keith P. Ellison
United States District Judge

AGREED AS TO FORM ONLY:

/s/ J. Douglas Sutter
J. Douglas Sutter
Attorney for Plaintiffs

/s/ Alan W. Harris
Alan W. Harris
Attorney for Defendants