| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

North Cypress Medical Center Operating Co., Ltd., et al.
    *Plaintiff,*

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　**Civil No. 4:09–cv–02556**

Cigna Healthcare, et al.
    *Defendant.*

# NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:　**Status Conference**

DATE:　7/28/2015

TIME:　11:00 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe　　　　　　　　　　　　　　　　Date: April 29, 2015