**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NORTH CYPRESS MEDICAL CENTER** | § | |
| **OPERATING COMPANY, LTD. AND** | § | |
| **NORTH CYPRESS MEDICAL CENTER** | § | |
| **OPERATING COMPANY GP, LLC** | § | |
| | § | **NO. 4:09-CV-2556** |
| **V.** | § | |
| | § | |
| **CIGNA HEALTHCARE AND** | § | |
| **CONNECTICUT GENERAL LIFE** | § | |
| **INSURANCE COMPANY** | § | |

**OPPOSED MOTION TO SEAL CERTAIN DOCUMENTS**

**TO THE HONORABLE JUDGES OF SAID COURT:**

COME NOW Plaintiffs **NORTH CYPRESS MEDIC AL CENTER OPERATING COMPANY, LTD** and **NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP** (collectively "North Cypress") and show the following:

1.      Plaintiffs file this Motion to Seal Exhibits "A" and "B" attached to "North Cypress' Motion to Compel Cigna to Adjudicate Claims." (Dkt. 418)

2.      Defendants oppose this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that the Court grant this Motion and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

By:      */s/ J. Douglas Sutter*
          **J. DOUGLAS SUTTER**
          FBN: 3791
          SBN: 19525500

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**
**NORTH CYPRESS MEDICAL CENTER**
**OPERATING COMPANY, LTD. AND NORTH**
**CYPRESS MEDICAL CENTER OPERATING**
**COMPANY GP, LLC**

1

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas  77056
(713) 595-6000 – Telephone
(713) 595-6001 – Facsimile


### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2015, a true and correct copy of the foregoing document was provided to opposing counsel via electronic mail and the Court's ECF filing system as follows:

| | |
|---|---|
| William Pratt | Alan W. Harris |
| Joshua B. Simon | Law Office of Alan W. Harris |
| Warren Haskel | 325 N. St. Paul Street, Suite 2700 |
| Richard Nicholson | Dallas, TX  75201 |
| Frank Holozubiec | |
| Kirkland & Ellis LLP | |
| 601 Lexington Avenue | |
| New York, NY 10022 | |

*/s/ J. Douglas Sutter*
**J. DOUGLAS SUTTER**

`

2