IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NORTH CYPRESS MEDICAL CENTER OPERATING CO., LTD. AND NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP, LLC.** | § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | **CIVIL ACTION NO. 4:09-CV-02556** |
| **CIGNA HEALTHCARE AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY** | § § § § § | |
| Defendants. | § | |

**CIGNA'S RESPONSE TO NORTH CYPRESS'S MOTION TO SEAL CERTAIN DOCUMENTS**

**LAW OFFICE OF ALAN W. HARRIS**
Alan W. Harris
Attorney-in-charge
State Bar No. 09050800
Southern District ID No. 2171
325 N. St. Paul Street, Suite 2700
Dallas, Texas 75201
Telephone: (214) 965-8200
Telecopier: (214) 965-8209

**COUNSEL FOR DEFENDANTS**

Defendants Connecticut General Life Insurance Company, CIGNA Healthcare, and CIGNA Healthcare of Texas Inc. (together, "Cigna") hereby submit their Response to the Motion to Seal Certain Documents filed by Plaintiffs North Cypress Medical Center Operating Co., Ltd. and North Cypress Medical Center Operating Co. GP, LLC (together, "North Cypress") (D.E. 420) (the "Motion to Seal").

North Cypress did not confer with Cigna about its intent to move to seal certain documents attached to North Cypress's motion to compel Cigna to adjudicate claims (D.E. 418). Contrary to North Cypress's assertion otherwise (D.E. 420 at ¶ 2), Cigna does not oppose the Motion.

DATED this 23rd day of November, 2015.

Respectfully submitted,

*/s/ Alan W. Harris*
Alan W. Harris
Attorney-in-charge
State Bar No. 09050800
Southern District ID No. 2171
325 N. St. Paul Street, Suite 2700
Dallas, Texas 75201
Telephone: (214) 965-8200
Telecopier: (214) 965-8209

Joshua B. Simon
Warren Haskel
Richard W. Nicholson
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**COUNSEL FOR DEFENDANTS**

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users":

    J. Douglas Sutter, Esq.
    Kelly, Sutter & Kendrick, P.C.
    3050 Post Oak Blvd., Suite 200
    Houston, TX 77056
    Telephone: (713) 595-6000
    Facsimile: (713) 595-6001

In addition, I served a true and correct copy of the foregoing document via e-mail on Mr. Sutter.

                                        */s/ Alan W. Harris*
                                        Alan W. Harris