United States District Court
Southern District of Texas
**ENTERED**
November 24, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORTH CYPRESS MEDICAL CENTER § <br> OPERATING COMPANY, LTD. AND § <br> NORTH CYPRESS MEDICAL CENTER § <br> OPERATING COMPANY GP, LLC § <br> § <br> V. § <br> § <br> CIGNA HEALTHCARE AND § <br> CONNECTICUT GENERAL LIFE § <br> INSURANCE COMPANY § | NO. 4:09-CV-2556 |

### ORDER GRANTING UNOPPOSED MOTION TO SEAL CERTAIN DOCUMENTS

Pending before the Court is Plaintiffs' Unopposed Motion to Seal Certain Documents. After considering the Motion, it is

**ORDERED** that Plaintiffs' Unopposed Motion to Seal Certain Documents is **GRANTED**. The documents filed in support of "North Cypress' Motion to Compel Cigna to Adjudicate Claims" (Dkt. 418) marked as Exhibits "A" and "B" are **SEALED**.

**SIGNED** this the 24th day of November, 2015.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE