United States District Court
Southern District of Texas
**ENTERED**
January 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORTH CYPRESS MEDICAL CENTER OPERATING CO., LTD., *et al*, § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:09-CV-2556 |
| § | |
| CIGNA HEALTHCARE, *et al*, § § § | |
| Defendants. § | |

## ORDER FOR EXPEDITED BRIEFING

Plaintiffs North Cypress Medical Center Operating Company, Ltd. and North Cypress Medical Center Operating Company GP, LLC have filed a Motion to Amend Scheduling/Docket Control Order (Doc. No. 438). The Court requires expedited briefing on this Motion. Defendants shall file a response, if any, on or before Tuesday, January 19, 2016.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 13th day of January, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE