United States District Court
Southern District of Texas

**ENTERED**

September 23, 2016

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NORTH CYPRESS MEDICAL CENTER OPERATING CO., LTD., *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-2556 |
| | § | |
| CIGNA HEALTHCARE, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Defendants' Motion to Strike North Cypress's First Supplement to Their Motion for Summary Judgment Pertaining to Issue Preclusion and ERISA § 502(c)(1)(B). (Doc. No. 517.) After considering the Motion, it is ORDERED that the Defendants' Motion is GRANTED. Doc. No. 512 is hereby STRICKEN.

Signed this 22nd day of September, 2016

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE