# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS
601 Lexington Avenue
New York, New York 10022

Joshua B. Simon
To Call Writer Directly:
(212) 446-4789
joshua.simon@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

September 13, 2017

**By ECF**

Honorable Keith Ellison
United States District Judge
United States District Court
Southern District of Texas
515 Rusk Avenue, Courtroom 3A
Houston, Texas 77002

Re:  *N. Cypress Med. Ctr. Operating Co., et al. v. Cigna Healthcare, et al.*, Case No. 4:09-cv-02556

Dear Judge Ellison:

I wrote yesterday to inform the Court of a potential scheduling conflict between the October 10, 2017 trial date set by the Court and the upcoming oral argument before the U.S. Court of Appeals for the Fifth Circuit in *Connecticut General Life Insurance Co., et al. v. Humble Surgical Hospital, LLC*, C.A. No. 16-20398. Today, the Fifth Circuit notified me that the oral argument will go forward on September 25, 2017, so there will not be a conflict.

Respectfully,

*/s/ Joshua Simon*
Joshua Simon

CC:  All Counsel via ECF